# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jennifer Wood, | ) Civil Action No. 0:13-cv-2124 DCN |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **ORDER** |
| | ) |
| Carolyn W. Colvin, Acting Commissioner | ) |
| of Social Security, | ) |
| | ) |
| Defendant. | ) |

The above referenced Social Security case is before this court upon plaintiff's motion for attorney's fees. Plaintiff filed this petition on January 19, 2015. Defendant filed a response on January 27, 2015, stating that she does not object to an award in the amount of $4,892.53 in attorney's fees and $400.00 in costs under the Equal Access to Justice Act ("EAJA").

**IT IS THEREFORE ORDERED** that the motion for attorney's fees is **GRANTED** in the amount of $5,292.53 in attorney's fees under EAJA.

**AND IT IS SO ORDERED**.

_____
David C. Norton
United States District Judge

January 27, 2015
Charleston, South Carolina